**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DEBORAH PARKER,**

    Petitioner-Appellee,

v.                                                        **NO. 29,091**

**JOE PARKER,**

    Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Don Maddox, District Judge**

Klipstine, Fredlund, Bowlin
  & Honigmann
Melissa A. Honigmann
Hobbs, NM

for Appellee

Glen L. Houston
Hobbs, NM

for Appellant

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

    Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time

for doing so has expired.

Reversed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**LINDA M. VANZI, Judge**